## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

BRENDA DAVIS                                                          PLAINTIFF

v.                                    No. 4:12-cv-606-DPM

SERVICE PROFESSIONALS INC.;
and BAPTIST HEALTH                                              DEFENDANTS

### ORDER

Davis's motion to voluntarily dismiss all her federal claims is granted.

She's the master of her complaint. Her FMLA and ADA claims, and any other

federal claim embraced by her complaint, are dismissed without prejudice.

In the circumstances, the Court declines to exercise supplemental jurisdiction

over Davis's remaining state-law claims. 28 U.S.C. § 1367(c)(3). The parties'

work to date will not be wasted; the Circuit Court can make good use of it in

adjudicating what Arkansas law requires in this case. Remand gives the

proper deference to state courts in matters of state law.

Motion, № 8, granted.   All federal claims are dismissed without

prejudice.  Case remanded to the Circuit Court of Pulaski County.

So Ordered.

D.P. Marshall Jr.
United States District Judge

24 October 2013