IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRENDA DAVIS                                                         PLAINTIFF

v.                              No. 4:12-cv-606-DPM

SERVICE PROFESSIONALS INC.;
and BAPTIST HEALTH                                                 DEFENDANTS

### ORDER

Davis's motion to voluntarily dismiss all her federal claims is granted. She's the master of her complaint. Her FMLA and ADA claims, and any other federal claim embraced by her complaint, are dismissed without prejudice. In the circumstances, the Court declines to exercise supplemental jurisdiction over Davis's remaining state-law claims. 28 U.S.C. § 1367(c)(3). The parties' work to date will not be wasted; the Circuit Court can make good use of it in adjudicating what Arkansas law requires in this case. Remand gives the proper deference to state courts in matters of state law.

Motion, № 8, granted. All federal claims are dismissed without prejudice. Case remanded to the Circuit Court of Pulaski County.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 October 2013